# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
#### No. 5:20-CR-298-D

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BLAINE CHRISTOPHER RAUDENBUSH, | ) | |
| | ) | |
| Defendant. | ) | |

On January 26, 2026, defendant moved to terminate supervised release. See [D.E. 72]. The United States opposes the motion. See id. at 2. Although the court is pleased that defendant has performed well since his release from prison in November 2024, the court DENIES defendant's motion for early termination of his three-year term of supervised release.

SO ORDERED. This _7_ day of April, 2026.

JAMES C. DEVER III
United States District Judge